# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LYNETTE PAIGE JAMES, ) | Case No.: 1:18-cv-1238 - JLT |
| Plaintiff, ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. ) | |
| ANDREW SAUL, ) Commissioner of Social Security, ) | (Doc. 19) |
| Defendant. ) | |

Sharon Lynette Paige James and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $4,915.47 are **AWARDED** to Sharon Lynette Paige James.

IT IS SO ORDERED.

Dated: **January 9, 2020**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE